District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTANTINA DELGADO CRUZ., <br><br> Petitioner, <br><br> v. <br><br> TROY A. MILLER, *et al.*, <br><br> Federal Respondents. | Case No. 2:24-cv-01502-JNW <br><br> STIPULATED MOTION AND TRO BRIEFING SCHEDULE <br><br> Noted for Consideration: <br> September 20, 2024 |

Petitioner and Federal Respondents[1] submit this proposed briefing schedule. Petitioner filed a habeas petition and a motion for a temporary restraining order ("TRO") earlier today. Dkt. Nos. 1 & 2. Petitioner is a civil detainee at the Northwest ICE Processing Center in Tacoma, Washington. The TRO motion asks this Court to order her to be released from immigration detention. TRO, at 13. Pursuant to Local Civil Rule 65(b), Federal Respondents must file a response within 48 hours after the motion is served. There is good cause for this Court to enter an alternative briefing schedule.

---

[1] Okanogan Sheriff Paul Budrow is not a federal respondent.

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:24-cv-01502-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

The parties have conferred and have agreed to and propose the following response schedule to allow for both a response to the TRO motion and a reply:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | September 24, 2024 |
| Petitioner's reply in support of the TRO Motion | September 26, 2024 |

This briefing schedule will result in the Court having a more complete record on which to decide the TRO motion. This short extension of the response deadline will allow Federal Respondents' time to obtain information necessary to respond to the TRO motion. Furthermore, this schedule will allow Petitioner to reply to Federal Respondents' filing. Petitioner's removal from the country is not imminent. Federal Respondents will advise the Court if this changes and Petitioner's removal is scheduled prior to the issuance of a decision on the TRO Motion.

Accordingly, the parties request that the Court enter the proposed briefing schedule.

//
//
//
//
//
//
//
//
//
//

DATED this 20th day of September, 2024.

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:24-cv-01502-JNW] - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | QUIROGA LAW OFFICE, PLLC |
| TESSA M. GORMAN<br>United States Attorney | *s/ Clayton Cook-Mowery* |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br><br>(253) 428-38<br>Email:  michelle.lambert@usdoj.gov | CLAYTON COOK-MOWERY,WSBA #41110<br>505 N. Argonne Rd., Suite B-109<br>Spokane Valley, Washington 99212<br>Phone: (509) 927-3840<br>Email:  clay@quirogalawoffice.com<br><br>*Attorney for Petitioner* |

*Attorneys for Federal Respondents*

***I certify that this memorandum contains 253 words, in compliance with the Local Civil Rules.***

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:24-cv-01502-JNW] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Federal Respondents' Response to the TRO Motion | September 24, 2024 |
| Petitioner's reply in support of the TRO Motion | September 26, 2024 |

DATED this 20th day of September, 2024

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION FOR TRO BRIEFING SCHEDULE
[Case No. 2:24-cv-01502-JNW] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800