UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTANTINA DELGADO CRUZ,<br><br>Petitioner,<br><br>v.<br><br>TROY A MILLER, JASON OWENS, LLOYD EASTERLING, PAUL BUDROW, PATRICK LECHLEITNER, NATHALIE ASHER, ALEGANDRO MAYORKAS, THE GEO GROUP INC.,<br><br>Respondents. | CASE NO. 2:24-cv-1502<br><br>ORDER FOR RETURN, § 2241 PETITION |

Petitioner Constantina Delgado Cruz filed a 28 U.S.C. § 2241 amended habeas petition, challenging her detention by U.S. Immigration and Customs Enforcement (ICE). Having reviewed the amended petition, the Court ORDERS:

(1) Within 30 days of the date of this Order, Respondents must show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As part of the return, Respondents must address and submit evidence relevant to Delgado Cruz's allegation that her detention is

unlawful. Respondents must file the return with the Clerk of Court and must serve a copy on Delgado Cruz.

(2) The return will be treated in accordance with Local Civil Rule 7(d)(4). Thus, on the face of the return, Respondents must note it for consideration no earlier than 28 days after it is filed, and the Clerk will note the return accordingly. Delgado Cruz may file and serve a response no later than 21 days after the return is filed, and Respondents may file and serve a reply brief no later than 28 days after the return is filed.

(3) As stated in the Court's Order denying Delgado Cruz's motion for a temporary restraining order, Dkt. No. 14, the Court also ORDERS Respondents to provide Delgado Cruz and the Court 14 days' notice before the date set for Delgado Cruz's deportation from this country.

Dated this 30th day of January, 2025.

Jamal N. Whitehead
United States District Judge