District Judge Jamal N. Whitehead
Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSTANTINA DELGADO CRUZ,<br><br>Petitioner,<br><br>v.<br><br>TROY A. MILLER, *et al.*,<br><br>Federal Respondents. | Case No. 2:24-cv-01502-JNW-SKV<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>May 9, 2025 |

Petitioner and Federal Respondents, through counsel, stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Petitioner Constantina Delgado Cruz no longer wishes to continue this habeas litigation. Federal Respondents' motion to dismiss the habeas petition is fully briefed and pending before the Court. Dkt. No. 27.

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01502-JNW-SKV] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 9th day of May, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | QUIROGA LAW OFFICE, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/ Clayton Cook-Mowery*<br>CLAYTON COOK-MOWERY,<br>WSBA #41110<br>Quiroga Law Office, PLLC<br>505 N. Argonne Rd., Suite B-109<br>Spokane Valley, Washington 99212<br>Phone: 509-927-3840<br>Email:  clay@quirogalawoffice.com<br>*Attorneys for Petitioner* |

*Attorneys for Federal Respondents*

*I certify that this memorandum contains 54 words, in compliance with the Local Civil Rules*

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01502-JNW-SKV] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

This case is dismissed without prejudice with each party to bear their own fees and costs.

It is so **ORDERED**.

DATED this 12th day of May, 2025.

/

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01502-JNW-SKV] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800